UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Patricia Riccardi

               Defendant(s).
---------------------------------------------------------------X

**CONSENT TO PROCEED BY
VIDEO OR TELE CONFERENCE**

7:21-cr-00197-

Defendant Patricia Riccardi hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☐ Initial Appearance Before a Judicial Officer

☒ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐ Guilty Plea/Change of Plea Hearing

☐ Bail/Detention Hearing

☐ Conference Before a Judicial Officer - Assignment of Counsel

(Ms. Riccardi authorized Benjamin Gold to affix her electronic signature to this form during a phone call on March 25, 2021).

*Patricia Riccardi*                           *Ben G*
Defendant's Signature                   Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Patricia Riccardi                           Benjamin Gold
Print Defendant's Name                  Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

3/26/21
Date                                      U.S. District Judge/U.S. Magistrate Judge