# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601

David E. Patton
*Executive Director
and Attorney-in-Chief*

---

> Application granted. Counsel for Patricia Riccardi is directed to file a proposed order today (June 1, 2021) by 5:00 p.m.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 106.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> June 1, 2021

Via Email and ECF

The Honorable Philip Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   United States v. Patricia Riccardi
      21-CR-197 (PMH)

Dear Honorable Halpern:

   I am writing to ask that Your Honor please modify the terms of Ms. Riccardi's release by removing the requirement that she be subject to location monitoring. I am *not* asking that any other term of Ms. Riccardi's release be modified. I note that this modification is recommended by Pre Trial Services. *See* Email from Pretrial Services (Attached). I have spoken to AUSA Nicholas Bradley, and he informs me that in light of Your Honor's ruling regarding Anthony Riccardi (Docket Entry # 105), the Government does not object to this request. If required, I am happy to submit a formal motion.

   Thank you for your consideration of this request.

   Respectfully,

   Benjamin Gold
   Assistant Federal Defender

cc:   Assistant U.S. Attorney Nicholas Bradley (Via E-mail and ECF)