```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
UNITED STATES OF AMERICA

       v.                                                    ORDER

PATRICIA RICCARDI,                                           21-cr-197-PMH

                        Defendant.
---------------------------------------------------------X
```

## ORDER

Good cause having been shown, it is hereby ordered that Patricia Riccardi's condition of pretrial release be modified to remove the condition that Ms. Riccardi be subjected to location monitoring. All remaining conditions of Ms. Riccardi's pretrial release shall remain in full force and effect.

Dated: White Plains, New York
       June 2, 2021

_____
Philip M. Halpern
United States District Judge