UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,　　　　　　　　　　**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

　　　　　-against-

　　　　　　　　　　　　　　　　　　　　　　　　　　21 Cr 197

Patricia Riccardi
　　　　　　　　　　　　Defendant(s).
----------------------------------------------------------------X

Defendant Patricia Riccardi hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _x_ teleconferencing:

___　Initial Appearance Before a Judicial Officer

___　Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___　Bail/Detention Hearing

_x_　Conference Before a Judicial Officer

(During a phone call on September 8, 2021, Patricia Riccardi authorized Benjamin Gold to affix her electronic signature to this form)

_Patricia Riccardi_　　　　　　　　　　　　　　　_[signature]_
Defendant's Signature　　　　　　　　　　　　　Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Patricia Riccardi_　　　　　　　　　　　　　　　_Benjamin Gold_
Print Defendant's Name　　　　　　　　　　　　Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_9/8/21_　　　　　　　　　　　　　　　　　　　　_[signature]_
Date　　　　　　　　　　　　　　　　　　　　　U.S. District Judge/U.S. Magistrate Judge