March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

**CONSENT TO PROCEED BY TELECONFERENCE**

-v-

21CR-197 ( ) ( )

Patricia Riccardi ,
                    Defendant(s).
-------------------------------------------------------------X

Defendant ___Patricia Riccardi_____ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Patricia Riccardi
Print Defendant's Name

_____
Defense Counsel's Signature

Benjamin Gold
Print Defense Counsel's Name

This proceeding was conducted by AT&T teleconferencing technology.

6/14/22
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge