UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA                          :
                                                  :
                                                  :        **SCHEDULING ORDER**
v.                                                :
                                                  :
**Patricia Riccardi,**                            :
                       Defendant.                 :        7:21-cr-00197-2 (PMH)
                                                  :
-------------------------------------------------------------x

The Court has scheduled a Change of Plea Hearing on November 22, 2022 at 10:00 a.m.

in Courtroom 520 at the White Plains Courthouse.


Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY

courthouse must complete a questionnaire. Only those individuals who meet the entry

requirements established by the questionnaire will be permitted entry. Please contact Chambers

if you do not meet the requirements.

Dated: October 31, 2022                    SO ORDERED:


_____

Philip M. Halpern, U.S.D.J