

Application granted. Mrs. Riccardi's restrictions are modified such that she may travel to Bethlehem, Pennsylvania from October 10, 2025 to October 13, 2025 to accompany her son to his youth hockey tournament and stay at the Fairfield Inn. The Clerk of Court is respectfully directed to terminate the pending motion (Doc. 201).

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        October 9, 2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.

PATRICIA RICCARDI,
    Defendant.

Case Number: 7:21-cr-00197-PMH-2

Honorable District Court Judge
Philip M. Halpern

## EMERGENCY MOTION FOR PERMISSION TO TRAVEL TO ACCOMPANY MINOR CHILD TO EXTRACURRICULAR ACTIVITY

DEFENDANT **PATRICIA RICCARDI**, proceeding pro se, respectfully moves this Court for an order authorizing a one-time trip during her supervised release to accompany her minor child to an extracurricular activity.

1. Mrs. Riccardi is serving a term of supervised release in this matter and has been fully compliant with all conditions.

2. Her 11-year-old son, Matthew, is scheduled to participate in a youth hockey tournament in Bethlehem, Pennsylvania, during the Columbus Day weekend of **October 10–13, 2025.**

3. Because Mrs. Riccardi's husband recently surrendered to the Bureau of Prisons to begin serving his sentence, she is the **sole caregiver** for her minor son and must accompany him to this event.

4. All expenses for the trip—including hotel, meals, gas, and tolls—will be paid by her adult son, Kyle. Documentation of these arrangements, including hotel confirmation and team correspondence, is attached as **Exhibit A.**

5. This motion seeks only a **single, time-limited authorization** for Mrs. Riccardi to travel by car to Bethlehem, Pennsylvania, departing October 10, 2025, and returning October 13, 2025.

6. This limited request is consistent with the purposes of supervised release, allows Mrs. Riccardi to meet her parental responsibilities, and poses no risk to the community or her compliance with supervision.

**WHEREFORE,** Mrs. Riccardi respectfully requests that this Court enter an order permitting her to travel to Bethlehem, Pennsylvania, from **October 10 through October 13, 2025,** for the sole purpose of accompanying her minor son to his scheduled hockey tournament, with lodging at the Fairfield Inn, Bethlehem, PA, and with all expenses covered by her adult son.

Case: 7:21-cr-00197-PMH-2

Respectfully submitted,

*Patricia Riccardi*
Patricia Riccardi
Defendant, Pro-Se
73 Lake Wind Road
New Canaan, CT 06840
(203) 722-3251
riccardifamily@gmail.com

## VERFICATION

I, **PATRICA RICCARDI**, Defendant in the above-captioned action, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 9th day of October, 2025.

Signed,

*Patricia Riccardi*

Patricia Riccardi

## CERTIFICATE OF SERVICE

I, **PATRICIA RICCARDI**, hereby certify that on **October 9th, 2025**, I am filing this document, in person, to the Clerk, at the White Plains Division, and that all interested parties will receive notice from the CM/ECF electronic notification.

Signed,

*Patricia Riccardi*

Patricia Riccardi

 Outlook



EXHIBIT A

---------- Forwarded message ---------
From: **T Ric** <riccardifamily@gmail.com>
Date: Wed, Oct 8, 2025 at 12:19 PM
Subject: Travel request - after our meeting 10/7 -
To: Lisa van Sambeck <lisa_vansambeck@ctp.uscourts.gov>


Please see attached on this email the tournament information - I confirmed that Kyle venmo them) - I am forwarding you the hotel reservation its in my husband's name - (its been paid -on credit card ) -

My son Kyle is going to give me cash for meals - and since you are requiring contact with the other family (we all feel this isn't appropriate since I don't know them well enough) & I don't want to put my little one through anymore (psychologically trauma) I discussed with the therapist and my boys last night its been decided for Matthew's welfare decided it would be best for me to drive - and Kyle will pay for the gas - 139 miles - on one tank of gas (35.00) Round Trip -(He will fill the car up before we leave) and tolls are on the ezpass account paid by my son as well - (I can give you that info once the statement comes in) I do not know the amount for tolls as I have never driven there. If you want to estimate it $100?? for tolls (no idea) But I am aware you said I would be in trouble if a spent more then I was allowed.

Matthew eats one meal a day - and we are bringing snacks and smoothie, oatmeal, and fruit with us. Dinner we are figuring on pizza & burgers for probably 80.00 x 3 (240) for dinner - we will bring our waters, tea - Starbucks (20.00) to drink - and misc. 100.00 for something I am not thinking of at the moment it going to be  $495.00-
Kyle will gift to Matthew for the trip

My son also, pays - monthly for Matt's hockey ( I have attached his credit card info of ending in 8312. KMR Investments

Tournament email -

Sharks Parents/Coaches, et al

I hope you are all excited for the big weekend ahead! We have a few housekeeping items to address, so PLEASE READ THIS ENTIRE EMAIL!!!!!!

**2025 Bethlehem Columbus Day Steel City Shootout**

Game Schedule is on Crossbar with the place holders for the 3rd place and championship games. I will defer to coach on arrival times before games. Typically arrival is a bit more in advance as there is a chance the tournament moves faster and they keep the games moving. AGAIN I DEFER TO COACH ON HIS PREFERENCE.

For our Sunday game there is a Phantoms game immediately before ours and so they have provided some logistics updates as we will be swimming upstream with game attendees leaving while we are trying to get in. They will provide our team free tickets to the Sunday Phantoms game. We can come and drop our bags (location TBD) and then be seated in an area together. Or arrive whenever we want during the actual game time to make getting in that much easier, still will require tickets (free). They are building a page for us and I will distribute the link via WhatsApp when they finish. Again the tickets for Sunday are free!

**January Tournament (CRITICAL)**
We had originally opted for the Swagger Cup on Cape Cod January 17-19. A new, interesting and IMO more compelling and better run CanAm tournament is available to us. From the tournament website:

> "Join us this MLK weekend in Washington, DC. Play your games at The Gardens Ice House, a beautiful three pad facility in Laurel, MD.
>
> Stay in the heart of Washington, DC and take in the rich blend of history and culture, featuring iconic landmarks like the White House, the Capitol, and the Smithsonian museums. Washington is a vibrant city with diverse neighborhoods, a dynamic food scene, and scenic parks like the National Mall and Rock Creek Park. We have selected a variety of hotels that will suit your budget and taste. Prefer close proximity to the rink? Simply chose our hotel partners in and around Laurel, MD and stay minutes from the rink!"

I will defer to the team on this, so please vote using the LINK ASAP so we can finalize our location.

**Team Fund**
We have a couple of outstanding contributions to the team fund. Please Venmo the team fund $435, @Sharks_PWA_25_26 last four digits of the phone number are 5491 If you have any questions please let me know.

**On-Ice Game at Bridgeport Islanders and game to follow:**
November 15, 1:45 PM - As we have done in prior years we have the unique opportunity to play a full game on the ice at the Total Mortgage Arena in Bridgeport. After our game we then stay for the Bridgeport Islanders game. Please go here to purchase your tickets for the Islanders Game that evening. Everyone, including players must purchase a ticket for the game. We will plan an event at a local venue between our game and the evening BPT Islanders game... the kids love this. Information here: Stamford Sharks Pregame tickets here: https://www.gofevo.com/event/Stamfordsharks5

Our team must buy ~35 tickets to the game and our opponent the same. Please use the above links and secure your tickets ASAP. I think if we don't they are going to give us the boot.

I won't go into pie sales yet... but I am sure that's on the horizon...

More to come!

**GO SHARKS!!!!**

Best,
Thomas

---------- Forwarded message ----------

Fairfield by Marriott Inn & Suites E PA

2401 Emrick Boulevard Bethlehem, Pennsylvania
18020 USA

Message your hotel, check in, order food, and more with the Marr App.



# Your Beautifully Simple Stay A Anthony Riccardi

We are looking forward to welcoming you to an effortless stay. It's have you here.

--

*Always with gratitude,*
*Tricia A. Riccardi*

```
SYHA.ORG SOUTH           -$535.50
SALEM NY 25254 : DEBIT
PURCHASE Sep 10 8312

Transaction Date         Sep 10, 2025
Posted On                Sep 12, 2025
Transaction Type         Debit Card Purchase
Card Number Ending In    8312
```

--

*Always with gratitude,*
*Tricia A. Riccardi*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

UNITED STATES OF AMERICA,  )
   Plaintiff,  )
       )
v.  )
       ) Case Number: 7:21-cr-00197-PMH-2
PATRICIA RICCARDI,  )
   Defendant.  )
       ) Honorable District Court Judge
       ) Philip M. Halpern

RECEIVED OCT 09 2025 U.S.D.C. W.P.

## [PROPOSED] ORDER

Upon consideration of Defendant **PATRICIA RICCARDI'S** *Emergency Motion for Permission to Travel to Accompany Minor Child to Extracurricular Activity*, and for good cause shown, it is hereby:

**ORDERED** that the motion is **GRANTED.**

Defendant **PATRICIA RICCARDI** is authorized to travel from **October 10, 2025 through October 13, 2025** to Bethlehem, Pennsylvania, for the sole purpose of accompanying her minor son to a youth hockey tournament.

Page 1 of 2

Defendant is permitted to lodge at the Fairfield Inn, Bethlehem, Pennsylvania, and to travel by private automobile. All expenses for this trip will be covered by her adult son as represented in the motion.

All other conditions of supervised release shall remain in full force and effect.

SO ORDERED.

Dated: _____, 2025

White Plains, New York

                                            Hon. Philip M. Halpern
                                            United States District Judge